IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRIDGETTE WATSON**                                                                                          **PLAINTIFF**
**As Guardian of the Person and Estate of Lawrence**
**Rowlette, Sr., an incapacitated person**

VS.                                        5:13-CV-00106-BRW

**CAPITAL SENIORCARE VENTURES, LLC, et al.**                                   **DEFENDANTS**

### ORDER

Pending is Plaintiff's Motion to Remand (Doc. No. 35). Defendants have responded.[1]

For the same reasons already addressed by the Honorable James M. Moody[2] and the Honorable D. Price Marshall,[3] Plaintiff's Motion to Remand is GRANTED. The Clerk of the Court is directed to remand this case to the Circuit Court for Drew County, Arkansas.

IT IS SO ORDERED this 14th day of May, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 42.

[2] *Jones v. Capital SeniorCare Ventures LLC et al.*, No. 4:13-cv-00067-JMM (E.D. Ark.) (Doc. No. 53).

[3] *Slater v. Capital SeniorCare Ventures LLC et al.*, No. 5:12-cv-00447-DPM (E.D. Ark.) (Doc. No. 46); *Clough v. Capital SeniorCare Ventures LLC et al.*, No. 4:13-cv-00093-DPM (E.D. Ark.) (Doc. No. 46).